UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JEROME MCLAUGHLIN,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY NDOH,<br><br>Respondent. | No. 1:19-cv-00086-SKO (HC)<br><br>**ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

Petitioner, Jeremy Jerome McLaughlin, a state prisoner proceeding *pro se*, filed a habeas corpus action pursuant to 28 U.S.C. § 2254 on January 18, 2019. Petitioner is challenging constitutional violations related to his trial in the Sacramento County Superior Court.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

1

Based on the foregoing, the Court hereby ORDERS that this case be TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: __**January 22, 2019**__        /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE